E-FILED
Tuesday, 05 May, 2015 04:29:51 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Joshua Hoskins
Plaintiff

) CASE NO. _____
)
)
)
) SCANNED at PCC and E-Mailed
vs.
B. Pfister, artig, pierce, D. shull, prentice,
G. pierce, olson, J. James, posey, Blackard,
A. Motteler, webber, Hobart, McGivey, geHarden
M. Melvin, Davidson, Hadsall, Francoso, winemiller,
Defendant(s)

) 05.05.15 (date) by ___ (initials)
) ___188___ (# of pages)
)
)
)
)

Complaint

☑ 42 U.S.C. 1983 (suit against state officials for constitutional violations)
☐ 28 U.S.C. 1331 (suit against federal officials for constitutional violations)
Other

NOW comes the plaintiff: Joshua Hoskins and states as follows:

My current address is: Pontiac correctional center P.O. box 99
Pontiac Illinois 61764

THE defendant: Randy Pfister is employed as correctional Warden at Pontiac correctional center

THE defendant: Guy D. Pierce is employed as correctional Assistant Warden (A/W) at Pontiac correctional center

the defendant ANABelle motheler ASSISTANT WARDEN (ATW) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

the defendant michael melvin SUPEINtendent (SUPT) is employed as CORRECTIONAL at Pontiac correctional center

the defendant Jim Attig INTERNAL AFFAIRS (I.A.) is employed as CORRECTIONAL at Pontiac correctional center

the defendant J.OLSON (Jeremy J.OLSON) is employed as CORRECTIONAL INTERNAL Affairs (I.A.) at PONTIAC CORRECTIONAL center

the defendant MR.WebbeR INTERNAL AFFAIRS (I.A.) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MS.K.DAVIDSON INTERNAL AFFAIRS (I.A.) lieutenant is employed as CORRECTIONAL at pontiac correctional center

the defendant MR.pierce intelligence unit Officer (intel) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MS.J.JAMES CORRECTIONAL counselor (C.C.I) is employed as CORRECTIONAL at pontiac correctional center

the defendant MR.Hobart MAJOR is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR.HADSAll MAJOR is employed as CORRECTIONAL at Pontiac correctional center

the defendant D.SHull MAJOR is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR.posey MAJOR is employed as CORRECTIONAL at pontiac correctional center

the defendant MR.Mcclure MAJOR is employed as CORRECTIONAL at pontiac correctional center

the defendant V.trancoso MAJOR is employed as CORRECTIONAL at Pontiac correctional center

the defendant MS S.prentice MAJOR is employed as CORRECTIONAL at pontiac correctional center

the defendant MR.BLACKARD MAJOR is employed as CORRECTIONAL at pontiac correctional center

the defendant MR. SCHARDAN lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant MR. Whitemiller lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant MS. Skeens (Lt.) lieutenant is employed as Correctional at Pontiac correctional center

the defendant MR. P. thorson lieutenant (L.t.) is employed as Correctional at pontiac correctional center

the defendant T. wells sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

the defendant MR. lindsay (MR. lindsax) sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

the defendant MR. Allen (MR. allen) sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

the defendant MR. Ben lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant E. vilt lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant MR. leonard #1 lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant C. leonard #2 ~~MR. leonard~~ ~~lieutenant~~ ~~(Lt.)~~ Sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

the defendant MR. todd lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant MR. Dalton lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant J. Boland (J. Boland) lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant MR. Aitchens lieutenant (Lt.) is employed as Correctional at Pontiac correctional center

the defendant D. lewis lieutenant (Lt.) is employed as Correctional at pontiac correctional center

the defendant MR. Rosenberg lieutenant (Lt.) is employed as Correctional at Pontiac correctional center

the defendant T. Nodine sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

The defendant J. Bennett Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant Tod Punke Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant John Doe Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Leroy Sergeant (Sergt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. White Cotten Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Robinson Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. French (Glendal French) Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Raineri D (Mr. D. Raineri) Sergeant (Sergt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Shelten Lieutenant (Lt.) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. T. Lyle Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Pina Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. D. Campbell #1 Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. A. Salinas (A. Salinas) Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. N. Smith Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Doyle Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Malcome Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. D. Miller (D. Miller) Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Marek (Mr. Marek) Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

The defendant Mr. Sparks (Mr. Sparks) Correctional Officer (C/O) is employed as Correctional at Pontiac Correctional Center

the defendant Z. Smith                    is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant #. Lee / W. Lee #7153       is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant MR. RAMSEY #3316 (C. RAMSEY)  is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant J. SULLIVAN                  is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant B. SCHMELTZ                  is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant MR. LEWANDOWSKI              is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant MR. RENNER. SM               is employed as CORRECTIONAL
SERGEANT (S.G.T.)                          at PONTIAC CORRECTIONAL Center

the defendant MR. BERRY J                  is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at Pontiac Correctional Center

the defendant MR. LOVRATH                  is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at PONTIAC CORRECTIONAL Center

the defendant Leipold    (MR. Leipold)     is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at PONTIAC CORRECTIONAL Center

the defendant B. HOWARD #12202            is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at PONTIAC CORRECTIONAL Center

the defendant D. LAW                       is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at PONTIAC CORRECTIONAL Center

the defendant J. Iles                      is employed as CORRECTIONAL
CORRECTIONAL OFFICER (C/O)                 at PONTIAC CORRECTIONAL Center

the defendant JANE DOE #1                  is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL Center

the defendant JANE DOE #2 MS. DRILLING     is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL center

the defendant JANE DOE #3                  is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL Center

the defendant JANE DOE #4                  is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL Center

the defendant JANE DOE #5                  is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL Center

the defendant D. AFOLABI                   is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL Center

the defendant JOHN DOE #1                  is employed as CORRECTIONAL
MEDICAL TECHNICIAN (CMT) LPN (LICENSE PRACTICAL NURSE)   at PONTIAC CORRECTIONAL Center

the defendant V. GONZALEZ                  is employed as CORRECTIONAL
LPN (LICENSE PRACTICAL NURSE)              at PONTIAC CORRECTIONAL center

the defendant John Schuster
LPN (license practical nurse)            is employed as ___CORRECTIONAL___
                                         at ___PONTIAC CORRECTIONAL center___

the defendant ADAM DEN
CORRECTIONAL OFFICER (C/O)               is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant JOHN whett
MAJOR                                    is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. BLACKWELL
SERGEANT (S.G.t.)                        is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. Allen
SERGEANT (S.G.t.)                        is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant P. Griffith
CORRECTIONAL OFFICER (C/O)               is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant JANE DOE #6
LPN (license practical nurse)            is employed as ___correctional___
                                         at ___pontiac correctional center___

the defendant MR. ROBINSON / R. Robinson
CORRECTIONAL OFFICER (C/O)               is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. DAVIS
lieutenant (L.t.)                        is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. EUsey
lieutenant (L.t.)                        is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant C. BRUBAKER
CORRECTIONAL OFFICER (C/O)               is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. DRYSDALE
CORRECTIONAL OFFICER (C/O)               is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. CARIOCK m
CORRECTIONAL OFFICER (C/O)               is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant JANE DOE #7 (ms. Rambo)
LPN (license practical nurse)            is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. Long
lieutenant (L.t.)                        is employed as ___correctional___
                                         at ___Pontiac correctional center___

the defendant MR. D. McBride CORRECTIONAL OFFICER (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. WHICKER CORRECTIONAL OFFICER (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. JESSE CORRECTIONAL OFFICER (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant JAMES CRUSO PHYSICIAN ASSISTANT (P.A.) is employed as CORRECTIONAL at Pontiac correctional center

the defendant A. CORLEY #6661 CORRECTIONAL OFFICER (c/o) is employed as CORRECTIONAL at Pontiac Correctional center

the defendant SCOTT HOLTE Lieutenant (Lit) is employed as CORRECTIONAL at Pontiac correctional center

the defendant John OVERFELT LPN (license PRACTICAL NURSE) is employed as CORRECTIONAL at Pontiac correctional center

the defendant John Doe#1 medical technician (Cnit) is employed as CORRECTIONAL at Pontiac correctional center

the defendant TRAVIS BAYLER CORRECTIONAL counselor (C.C.II) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. KIUS. J CORRECTIONAL officer (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. copeland CORRECTIONAL OFFICER (C/O) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. Diaz CORRECTIONAL OFFICER (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant J. DOSS CORRECTIONAL OFFICER (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant G. TANGMAN CORRECTIONAL officer (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant C. Wilson CORRECTIONAL Officer (c/o) is employed as CORRECTIONAL at Pontiac correctional center

the defendant B. Ellis CORRECTIONAL Officer (c/o) is employed as CORRECTIONAL at Pontiac Correctional center

the defendant J. Bell CORRECTIONAL Officer (c/o) is employed as CORRECTIONAL at Pontiac CORRECTIONAL center

the defendant R. FAIRAll
correctional officer (c/o) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant R. meister
sergeant (S.Gut) ──)is employed as correctional
── at PONTIAC CORRECTIONAL center

the defendant MR. FORBES
lieutenant (L.T.) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant (MR.D.Blanchard) MR. BlANchard D
Officer (c/o) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant MR. malley J
Officer (c/o) ──)is employed as correctional
── at PONTIAC CORRECTIONAL center

the defendant C. MARShall
Officer (c/o) ──)is employed as correctional
── at PONTIAC CORRECTIONAL center

the defendant MR. newbury
Officer (c/o) ──)is employed as correctional
── at PONTIAC CORRECTIONAL center

the defendant MR. Rapp
Officer (c/o) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant T. NORTH
Officer (c/o) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant MR. RHOADES
Officer (c/o) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant T. Finn
Officer (c/o ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant MR. OJelade
Physician assistant (P.A) ──)is employed as CORRECTIONAL
── at PONTIAC CORRECTIONAL center

the defendant Andrew Tildin
medical Director (DR) ──)at PONTIAC CORRECTIONAL center
──)is employed as CORRECTIONAL

the defendant MR. S. punke
lieutenant (Lit) ──)at PONTIAC CORRECTIONAL center
──)is employed as CORRECTIONAL

the defendant Dian poux
Director of nursing medical staffs ──)at PONTIAC CORRECTIONAL center
──)is employed as CORRECTIONAL

the defendant Jerome mitchell
Dentist ──)at PONTIAC CORRECTIONAL center
──)is employed as CORRECTIONAL

the defendant J. Davis
Officer (c/o) ──)at PONTIAC CORRECTIONAL center
──)is employed as CORRECTIONAL

the defendant D. macias
Officer (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant C. paul
Officer (C/O) ——————— )is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant R. northnagle
Officer (C/O ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant Jane Doe #8
LPN (license practical nurse) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant MR. R. LORD
Sergeant (S.(ht) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant Shawnna myers
LPN (license practical nurse) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant J. fisher
OFFICER (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant R. Gonzalez
Officer (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant R. Bennett #2621
Officer (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant MR. Snyder  (R. SNYDER)
intelligence unit officer ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant MR. R. Brewer
lieutenant (Lt.) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant D. Evans
Officer (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant mr. F. SNYDER
Officer (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant J. Williams
Officer (C/O) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant Ms. Henry
lieutenant (L.t) ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant MR. COOPER
major ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER__

the defendant MR. ZOOK
major ——————— is employed as __CORRECTIONAL__
——————— at __PONTIAC CORRECTIONAL CENTER.__

the defendant m. taylor lieutenant (Lt.) _____ is employed as CORRECTIONal at PONTIAC CORRECTIONAL center

the defendant trøy morse chief investigator for internal affairs / intelligence unit is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

the defendant teri Kennedy (Ms. Teri Kennedy) caseworker supervisor (CWS) is employed as CORRECTIONal at Pontiac CORRECTIONAL center

the defendant Mr. molinero Officer (C/O) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. Balota (M. Balota / M. Balota) Officer (C/O) is employed as CORRECTIONAL at Pontiac CORRECTIONAL center

the defendant MR. martin Officer (C/O) is employed as CORRECTIONal at Pontiac CORRECTIONAL center

the defendant MR. miller #2 (C. Miller) officer (C/O) is employed as CORRECTIONAL at Pontiac CORRECTIONAL center

the defendant K. Battle Officer (C/O) is employed as CORRECTIONAL at Pontiac Correctional officer

the defendant K. miller Officer CORRECTION (C/O) is employed as CORRECTIONAL at Pontiac Correctional centre

the defendant ms. lovrant Officer (C/O) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

the defendant p. mcginnis lieutenant (Lt.) is employed as CORRECTIONAL at Pontiac Correctional center

the defendant A. moorehouse medical technician (cmt) is employed as CORRECTIONal at Pontiac correctional center

the defendant Adam Grieff LPN (license practical is employed as CORRECTIONal at Pontiac correctional center

the defendant P. Kraushaar officer (C/O) is employed as CORRECTIONal at Pontiac CORRECTIONAL center

the defendant C. Atkin Officer (C/O) is employed as CORRECTIONAL at Pontiac CORRECTIONAL center

the defendant MR. Dillion Officer (C/O) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. Roberts Officer (C/O) is employed as CORRECTIONAL at Pontiac correctional center

the defendant B. Freeman officer (C/O) is employed as CORRECTIONAL at Pontiac correctional center

the defendant MR. Bolte officer (C/O) is employed as CORRECTIONal at Pontiac correctional centre

the defendant MR. Read
Officer (C/O) _____ is employed as CORRECTIONAL
_____ at Pontiac Correctional center

the defendant J. Halley
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant MR. Lewis
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant J. Potts
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as CORRECTIONAL

the defendant MR. Kerns
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant MR. Quinn
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant J. Graham
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as CORRECTIONAL

the defendant F. Salinas
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant J. Watson
Officer (C/O) _____ at Pontiac Correctional center

the defendant MR. Gish
Officer (C/O) _____ is employed as CORRECTIONAL
_____ at Pontiac Correctional center

the defendant MR. Bailey
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant MR. Howe
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant mr. Threp
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant mr. Ommen
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant MR. Torrez #9694
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant Scott McCormick
Psychiatrist _____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant MR. Beaupre
Officer (C/O) _____ is employed as Correctional
_____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant K. Shull
Office administrator / Administrative assistant _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant Ms. Knight
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant Jane Doe #9
LPN (license practical nurse) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant Ms. Keshleman
medical technician (cmt) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant N. Eggleston
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as Correctional

the defendant C. Powers
Officer (C/O) _____ at Pontiac Correctional center
_____ is employed as Correctional
_____ at Pontiac Correctional center

the defendant: Jane Doe #10
LPN (license practical nurse)
is employed as: Correctional
at: Pontiac correctional center

the defendant MR. Klus
Officer (C/O)
is employed as: Correctional
at: Pontiac correctional center

the defendant MR. BierBaum
Officer (C/O)
is employed as: Correctional
at: Pontiac correctional center

the defendant MR. Runyon
Officer (C/O)
is employed as: Correctional
at: Pontiac correctional center

the defendant MS. E. Brown
Officer (C/O)
is employed as: Correctional
at: Pontiac correctional center

the defendant J. Brockett
Officer (C/O)
at: Pontiac correctional center
is employed as Correctional

the defendant MR. mayback
Officer (C/O)
at Pontiac correctional center
is employed as Correctional

the defendant MR. tutoky (S. tutoky)
Officer (C/O)
at Pontiac Correctional center
is employed as Correctional

the defendant MR. Dearth
Officer (C/O)
at Pontiac correctional center
is employed as correctional

the defendant MR. Bradford J (J. Bradford)
Officer (C/O)
at Pontiac correctional center
is employed as Correctional

the defendant MR. Becher (Karen Becher) (Karen Becher)
LPN (license practical nurse)
at Pontiac correctional center
is employed as Correctional

the defendant MR. Jahnsen (MR. Jahnsen)
Officer (C/O)
at Pontiac correctional center
is employed as Correctional

the defendant MR. moroney (D. moroney)
Officer (C/O)
at Pontiac correctional center
is employed as Correctional

the defendant Chad Brown
Warden assistant secretary/administrative asst. 3 (III)
at Pontiac correctional center
is employed as Correctional

the defendant MR. Zimmeram
Officer (C/O)
at Pontiac correctional center
is employed as Correctional

the defendant: MR. Wheeler (K. Wheeler)
Officer (C/O)
at Pontiac Correctional center
is employed as Correctional

the defendant: MR. Boase
Officer (C/O)
at Pontiac correctional center
is employed as Correctional

the defendant: John Doe #1
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: John Gharlick
Director of mental health
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: M.S.C. Petree
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: R. Slayton
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: Mr. Meridith
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: T. Wilson
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. Gireul
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. Ublish
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. Coley (R.Coley)
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: Mr. Dayton
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: J. DRONENBERG (J.DRONENBerg #6476)
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: D. Campbell #2
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. WOODS (W. WOODS)
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. STROH (D. STROH)
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. Smith
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: MR. Rufaul
Officer (c/o)
is employed as CORRECTIONAL
at Pontiac correctional center

the defendant: N. Keimmer _____ is employed as ___ Correctional Officer (C/O) _____ at Pontiac Correctional center

the defendant: D. Hall _____ is employed as ___ Correctional Officer (C/O) _____ at Pontiac correctional center

the defendant MR. VROMAN (J. VROMAN) ___ is employed as ___ Correctional Officer (C/O) _____ at puntiac ccrrectional center

the defendant: A. wilder _____ is employed as ___ Correctional Officer (C/O) _____ at Pontiac correctional center

the defendant: Stephen lantherman ~~officer~~ ~~mental health staff member (professional) social worker~~ is employed as ___ correctional

the defendant: MR. Keominga #1 ___ at Pontiac Correctional Center Officer (C/O) _____ is employed as ___ correctional

the defendant: MR. Doolin (I. Doolin) ___ at Pontiac Correctional Center Officer (C/O) ~~is employed as~~ is employed as ___ correctional

the defendant: J. watson #12084 ___ at Puntiac correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: C. Atkin _____ at Pontiac Correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: MS. A. Lewis _____ at Pontiac Correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: MR. Trainor _____ at Pontiac Correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: MR. Wehrie _____ at Pontiac Correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: MR. Hedrick _____ at Pontiac Correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: MR. Dimmig _____ at pontiac correctional center Officer (C/O) _____ is employed as ___ Correctional

the defendant: mr. thrasher _____ at Pontiac correctional center Officer (C/O) ___ is employed as ___ Correctional at Pontiac correctional center

the defendant: ms. Zimmeran
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional Center

the defendant: ms. Weaver
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: mr. lane (P. Lane)
Officer (C/O)                    )is employed as   CORRectional
                                 at  PONtiac CORRectional center

the defendant: A. melvin
Health information associate     )is employed as   CORRectional
                                 at  pontiac Correctional center

the defendant: R. Rodrick  (MR. R. RODRick)
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: G. Henkel
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: MR. J. Newkirk
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: B. Howard #2
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: MR. Delay
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: Jane Doe #1
Officer (C/O)                    )is employed as   CORRectional
                                 at  Pontiac Correctional center

the defendant: MR. Gallegos
Officer (C/O)                    )is employed as  Correctional
                                 at  Pontiac Correctional center

the defendant: D. Haas
Officer (C/O)                    )is employed as:  Correctional
                                 at  PONtiac CORRectional center

the defendant: B. Billerbeck
Officer (C/O)                    )is employed as:  CORRectional
                                 at  Pontiac correctional cenke

the defendant: MR. Edwards
Officer (C/O)                    )is employed as:  CORRectional
                                 at  pontiac CORRectional center

the defendant: MR. Edwin Officer (C/O) _____ ) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL CENTER

the defendant: MR. Joneson  (M. Joneson) Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: MR. Sellers Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: D. Carter Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: alley williams Mental Health staffmember Professional / Social worker _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: MR. Nuding Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: John Doe#2 Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: MR. Anglin Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: R. Kroninga#2 Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac CORRECTIONAL center

the defendant: John Doe#3 Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac CORRECTIONAL center

the defendant: John Doe#4 Officer (C/O) _____ ) is employed as CORRECTIONAL at Pentiac correctional center

the defendant: John Doe#5 Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac Correctional center

the defendant: John Doe#6 Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: MR. Godwin Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center

the defendant: MR. Devries Officer (C/O) _____ ) is employed as CORRECTIONAL at Pontiac correctional center ) is employed as CORRECTIONAL

the defendant: MR. Mans
Officer (c/o)
) is employed as: CORRECTIONAL
at PONTIAC CORRECTIONAL center

the defendant: Karen ZEHR
LPN (license practical nurse)
) is employed as: CORRECTIONAL
at PONTIAC CORRECTIONAL center

the defendant: J. Miller
Officer (c/o)
) is employed as: CORRECTIONAL
at PONTIAC CORRECTIONAL center

the defendant: L. Larson (MR. LARSON)
Officer (c/o)
) is employed as: CORRECTIONAL
at PONTIAC CORRECTIONAL center

the defendant: J. BRENNEISN
Officer (c/o)
) is employed as: CORRECTIONAL
at PONTIAC CORRECTIONAL center

# LITIGATION HISTORY

A. HAVE you Brought any other lawsuits in state or federal court dealing with the same facts involved in this case? NO

B. Have you Brought any other lawsuits in state or federal court while incarcerated? Yes.

C. if your answer to B is yes, how many? __12__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline)

1. Parties to previous lawsuit:
Plaintiff(s) I Joshua Hoskins was the only plaintiff

Defendant(s) Thomas Dart, Alexander Pitts, Steven Young, Isiaka ADeniyi, Marilyn Pennington, Deel Wiley, Mr. Murchison, Ms. Price, Mr. Eaeny, Mr. A. Khan

2. Court (if Federal court, give name of district; if State court, give name of County):
U.S. District Court N.D. Illinois Eastern Division

3. Docket Number / Judge: Blanche M. Manning   12 CV 4256

4. BASIC claim made: the case was dismissed

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: MAY 23, 2012

7. Approximate date of disposition: August 9th 2012

## EXHAUSTION OF Administrative Remedies

A. Is there a grievance procedure available at your institution? yes

B. HAVE you filed a grievance concerning the facts relating to this complaint? NO
im BARRed from utilizing the grievance system at the pontiac correctional center

C. Is the grievance process completed? NO  IM BARRed from utilizing the
grievance system at the pontiac correctional center which is stated by the defendants in
this complaint and in A unrelated complaint under #15-cv-01134

1. PARties to previous lawsuit:
   Plaintiff(s) Joshua Hoskins
   Defendant(s) thomas Dart, thomas snooks leroy martaniak

2. court ( if federn court, give nnme of district; if state court give Name of county):
   US. District court northern District of lilinois

3. Docketnumber / Judge: Blanche m. manning  09 cv 5145

4. Basic claim made: the case settled out

5. Disposition: the case settled out

6. Approximate date of filing of lawsuit: August 21st 2009.

7. Approximate date of disposition: In June 2011 I cant Remember the exact date.

1. Parties to previous lawsuit:
   plaintiff(s) _Joshua Hoskins_
   Defendant(s) _thomas Dart, Avery Hart, Barbara Davis, Barbara tak, Cynthia Jones,_

2. Court: U.S. District court N.D. Illinois

3. Docket number/Judge: 09 CV 5915  Blanche M. Manning

4. Basic claim made: the case settled out

5. Disposition: the case was settled out

6. Approximate date of filthy of lawsuit: in september 2009  I cant Remember the exact date.

7. Approximate date of disposition: march 29th 2012

1. parties to previous lawsuits
   plaintiff(s) _Joshua Hoskins_
   Defendant(s) _thomas Dart Matthew cobble_

2. court: U.S. District court N.D. illinois

3. Docket number/Judge: Blanche m. manning O9 CV 5730

4. Basic claim made: settled the case out

5. Disposition: the case was settled out

6. Approximate date of filing of lawsuit: in september 2009. I cant remember the exact date

7. Approximate date of disposition: in June 2011. I cant remember the exact date.

1. PArties to previous lawsuit:
   plaintiff(s) Joshua Hoskins
   Defendant(s) thomas DArt, S. Grodinez, mr. Young, mr. Broadway, mr. taylor, mr. Griffin, mr. stelman, mr. martinez.

2. court: U.S. District court N.D. Illinois

3. Docket number/ Judge: 10 CV 00702  Blanche m. manning

4. Basic claim made: the case was dismissed.

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: in february 2010  I cant remember the exact date.

7. Approximate date of disposition: in febuary or march 2010  I cant remember the exact date month nor date.

1. parties to previous lawsuit:

   plaintiff(s) Joshua Hoskins

   Defendant(s) Thomas Dart, MR.Nalepa, MR.lofton, MR.Hovel, MR.JARA

2. court: U.S. District court N.D. Illinois

3. Docket number / Judge: 10 CV 00703 Blanche M. Manning

4. Basic claim made: The case was dismissed

5. Disposition: The case was dismissed.

6. Approximate date of filing of lawsuit: In february 2010 I can't remember the exact date.

7. Approximate date of disposition: in february or march 2010, I can't remember the exact month nor date.

1. PARTies to previous lawsuit:
   plaintiff('s) Joshua Hoskins
   Defendant(s) Thomas DART, s.Godinez, MR.Cobble, MR.holmes I believe those was the defendants
                correct me if im wrong

2. Court: U.S. DISTRICT court N.D. Illinois

3. Docket number / Judge: 10 CV00704 Blanche m. manning

4. BASic claim made: the case was dismissed

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: in february 2010 I cant remember the exact
                                                                        date.

7. Approximate date of disposition: in february or march 2010, I cant remember the
                                     exact month nor date.

1. pARties to previous lAwsuit:

    plAintiff(s) Joshua Hoskins

    Defendant(s) thomas Dart, S. Godinez, mr. Young, NAtera, Ferrell, Characa, Griffin, wright.

2. Court: U.S. District Court N.D. illinois

3. Docket number / Judge: 10 CV00705   Blanche m. manning

4. BAsic claim mAde: the case was dismissed

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: in february 2010 I cant remember the exact date.

7. Approximate date of disposition: in february or march 2010 I cant remember the exact month nor date.

1. Parties to previous lawsuit:

   plaintiff(s) Joshua Hoskins

   Defendant(s) thomas Dart, mr. cobble, holmes, Godinez I believe those was the defendant's
   correct me if im wrong

2. Court: U.S. District court N.D. illinois

3. Docket number / Judge: 10CV00706 Blanche m. manning

4. Basic claim made: the case dismissed

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: In febuary 2010, I cant remember the exact date.

7. Approximate date of disposition: In febuary or march 2010 I cant remember the exact date nor month.

1. pARties to previous lawsuit:

  plaintiff(s) Joshua Hoskins

  Defendant(s) thomas Dart, S.Grodinez, Holmes, menos, Jeffersen, VARGas, toro, Aguirre, Beal, Devogolear

2. court: U.S. District court N.D. illinois

3. Docket number/Judge: 10 CV 00676 Blanche M. Manning

4. Basic claim made: the case was dismissed

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: In february 2010. I cant Remember the exact date.

7. Approximate date of disposition: in february or march 2010 I cant Remember the exact month nor date.

1. Parties to previous lawsuit:
   plaintiff(s) Joshua Hoskins
   Defendant(s) Thomas Dart, S. Godinez, Ferrul, Lee, taylor, crawford, Breadway, allen, martin, Tara

2. Court: U.S. District court N.D. Illinois

3. Docket number / Judge: 10 CV 00677  Blanche m. manning

4. Basic claim made: the case was dismissed

5. Disposition: the case was dismissed

6. Approximate date of filing of lawsuit: In february 2010  I cant remember the exact date.

7. Approximate date of disposition: in february or march 2010  I cant Remember the exact month nor date.

1. PARties to previous lawsuit:
   plaintiff(s) Joshua Hoskins
   Defendant(s) prenetice, pfister, pierce, mottelee, meginnis, melvin, creech et al. (alot more defendants

2. COURt: U.S. District court central District of illinois

3. Docket Number/ Judge: 1:15-cv-01134-SEM-TSH

4. BASic claim made: the case still pending

5. Disposition: the case still pending

6. Approximate date of filing of lawsuit: it was e filed on 4/2/15

7. Approximate date of disposition: the case still pending

## Statement of Claim

Place of the occurence PONTIAC CORRECTIONAL center
Date of the occurence MARCH 20th 2015
Witness to the occurence _____ NONE _____

State here briefly the facts that support your case. Describe how each defendant is involved. Do not give any legal arguments or cite cases or statutes. number each claim in a separate paragraph. unrelated claims should be raised in a separate action.

On March 20th 2015 during the morning shift At the PONTIAC Correctional center. while I was housed In the East cell house in cell 615 I was physically assaulted. at 7:00Am while correctional officers (c/o's) Mr. T. Lyle and Mr. Pina did morning count. I told both of these officers that they Needed to immediately enter my cell and Remove me out of that cell with my cellmate for good because my cellmate was threatening to beat me to death I told them both this as they observed my cellmate standing almost a foot away from me with his fist (hands) balled up in a threatening manner) c/o Mr. T. Lyle stated to me all those grievances you wrote on (Against) Major Ms. Prentice, Internal affairs officer J. Attig and other staffs who im (Lyle) cool with and you (Hoskins) think we gonna protect you. c/o Mr. Pina stated to me it's not gonna Happen they (Lyle & Pina) Proceeded walking my cellmate begin striking me in my head and face area c/o's Mr. Lyle and Pina walked back past my cell exiting the gallery c/o's Mr. T. Lyle & Mr. Pina both had observed me being physically assaulted by my cellmate c/o Pina stated to my cellmate beat His (Hoskins) ass we (staffs) aint see shit (Nothing) c/o T. Lyle looked at me as I was trying to block the Hits (punches) that was coming to me from my cellmate c/o T. Lyle told my cellmate to beat me to death that No staffs liked me and He (my cellmate) didn't have to worry about getting a Disciplinary Assault charge c/o T. Lyle continued walking down the gallery Refused to Radio (call) A 10-10 to prevent me from being attacked with assistance. my cellmate stoped assaulting me once He woke back up out of His sleep and was gonna finish Assaulting me once He woke back up out of His sleep and was gonna try to kill me. when c/o's T. Lyle and Mr. Pina served breakfast trays I reported the threat my cellmate made to me to c/o's Lyle & Pina and told them my cellmate told me on days prior that He was gonna kill me I told c/o's T. Lyle & Pina that I was Begging them to remove me out of the cell with my cellmate to prevent that from Happening c/o Lyle stated Hell No!!! I want to hurt your family c/o Lyle told my cell- mate that He should have finished beating my ass c/o T. Lyle told my cellmate that I Had been sending numerous or written complaints to All 3 wardens Pfister, Pierce, matteler Superintendent Mr. Melvin, MAJORS Wheat, Trancoso, Shull, Hadsall, McClure, Posey, Hobart, Internal affairs officers Attig, webber, Olsen, Intelligence unit officer Mr. Pierce And other staffs telling them that I feared for my safety While being in the cell with my cellmate. c/o T. Lyle told my cellmate that I had gave MAJOR Mr. Hadsall A kite (written note) switching on him (my cellmate) stating that my cellmate Had been threatening to kill me c/o T. Lyle stated to my cellmate that He should have attacked me Again Since I tried to get him introuble c/o Mr. Pina stated to my cellmate that I (Hoskins) Had A staff assault in my Disciplinary History and Had A long History of writing grievances on staffs that staffs didn't like me.