IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOSHUA HOSKINS #R-54570, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 15-1181-SLD |
| ) | |
| RANDY PFISTER, et al., ) | |
| ) | |
| Defendants, ) | |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT PURSUANT TO THE MAY 18, 2015 MERIT REVIEW

The Defendants, TIMOTHY LYLE, ARMANDO PINA, JEREMY OLSON, and SHAWN ROSENBERGER, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois pursuant to Local Rule 12.1 and 16.3, hereby file the instant Answer and Affirmative Defenses to Plaintiff's complaint pursuant to the May 18, 2015 Merit Review [d/e 7], stating as follows:

### STATEMENT OF CLAIM

1.   Plaintiff states a claim for failure to protect in violation of Plaintiff's Eighth Amendment Constitutional rights.

**RESPONSE: Defendants deny failing to protect Plaintiff in violation of Plaintiff's Eighth Amendment rights.**

2.   Plaintiff states a retaliation claim in violation of Plaintiff's First Amendment Constitutional rights.

**RESPONSE: Defendants deny retaliating against Plaintiff in violation of Plaintiff's First Amendment rights**

## REQUESTED RELIEF[1]

Defendants deny that Plaintiff is entitled to any relief.

## JURY DEMAND

Defendants request a trial by jury.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are, therefore, protected from suit by the doctrine of qualified immunity.

2. Plaintiff filed this lawsuit concerning prison conditions while in the custody of the Illinois Department of Corrections and failed to properly exhaust administrative remedies prior to filing his suit. Plaintiff's suit is therefore barred by 42 U.S.C. 1997e(a).

3. Plaintiff's claims for money damages against the Defendants in their official capacity are barred by sovereign immunity.

4. To the extent that Plaintiff's claims seek injunctive relief not intended to address an ongoing constitutional violation, his claims are barred by the Eleventh Amendment and Sovereign Immunity.

WHEREFORE, Defendants respectfully request that this Court deny the requested relief.

---

[1] Plaintiff's Complaint does not specify what relief Plaintiff seeks in this case.

Respectfully submitted,

TIMOTHY LYLE, ARMANDO PINA, JEREMY OLSON, and SHAWN ROSENBERGER,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

By:   s/ Brent Colbert
      Brent Colbert, #6312563
      Assistant Attorney General

Brent Colbert, #6312563
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217) 782-9026 phone
(217) 524-5091 fax
Email: bcolbert@atg.state.il.us

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2015, I electronically filed Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint Pursuant to the May 18, 2015 Merit Review with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

n/a

and I hereby certify that on August 17, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Joshua Hoskins, #R-54570<br>
Menard Correctional Center<br>
PO Box 1000<br>
Menard, IL  62259

                              By: /s/ Brent Colbert
                                   Brent Colbert, #63312563
                                   Assistant Attorney General