

FILED
JAN 17 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# VERDICT FORM

## Hoskins v. Lyle, et al. 15-cv-1181

**1. We, the jury, find as follows on Plaintiff's failure to protect claims:**

*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Timothy Lyle | X | or | |
| Armando Pina | | or | X |
| Jeremy Olson | | or | X |
| Shawn Rosenberger | | or | X |

**2. We, the jury, find as follows on Plaintiff's retaliation claims:**

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Timothy Lyle | | or | X |
| Armando Pina | | or | X |
| Jeremy Olson | | or | X |
| Shawn Rosenberger | | or | X |

*(If you found for Plaintiff on any of his claims, fill in below the total amount of compensatory damages you award. If you found against Plaintiff on all of Plaintiff's claims, skip part 3 because you will not award damages.)*

**3. Having found for Plaintiff on one or more of his claims, we fix Plaintiff's total compensatory damages as $ 1.00            .**

*(If you found against one or more Defendants on Plaintiff's claims, in addition to any compensatory damages awarded above, you may, but are not required to, award punitive damages against that particular Defendant. If you found in favor of all Defendants, skip part 4 because you will not award damages.)*

**4. Having found against a particular Defendant, we fix Plaintiff's punitive damages against that Defendant, if any, as follows:**

| | |
|---|---|
| Timothy Lyle | $_____ |
| Armando Pina | $_____ |
| Jeremy Olson | $_____ |
| Shawn Rosenberger | $_____ |

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: 1/17/18

s/Redacted
Presiding Juror

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted

s/Redacted